**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

ABBEY BEEMER, )
)
    Plaintiff, )
)  No. 2:22-cv-01145-DCN
  vs. )
)  **VERDICT**
CLARENDON COUNTY, )
)
    Defendant. )
_____ )

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**FLSA—GENERAL PROVISIONS OVERTIME**

(1) Did Plaintiff Abbey Beemer prove, by a preponderance of the evidence, that Defendant Clarendon County failed to pay her the overtime compensation pursuant to the FLSA's general provisions?

YES_____✓_____    NO_____

*If your answer to Question 1 is* NO, *then your verdict is for Defendant Clarendon County, so simply sign the verdict form and end your deliberations. If your answer to Question 1 is* YES, *please proceed to Question 2.*

**FIREFIFIGHTER EXEMPTION TO FLSA'S GENERAL PROVISIONS**

(2) Did Defendant Clarendon County prove, by a preponderance of the evidence, that the "firefighter exemption" to the FLSA's general provisions apply to Plaintiff Abbey Beemer?

YES_____✓_____    NO_____

*If your answer to Question 2 is* YES, *then your verdict is for Defendant Clarendon County, so simply sign the verdict form and end your deliberations. If your answer to Question 2 is* NO, *please proceed to Question 3.*

**WILLFUL VIOLATION OF FLSA**

(3) Did Plaintiff Abbey Beemer prove, by a preponderance of the evidence, that Defendant Clarendon County knew that its conduct was prohibited by the FLSA or showed reckless disregard for whether the FLSA prohibited its conduct?

YES_____    NO_____✓_____

1

*PLEASE SIGN AND DATE THE VERDICT FORM.*

Dated this __22__ day of April, 2026.

_____

s/ **FOREPERSON**

2