AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of South Carolina

| | | |
|---|---|---|
| Abbey Beemer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:22-cv-01145-DCN |
| Clarendon County | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    judgment in favor of the defendant, Clarendon County.  The plaintiff, Abbey Beemer shall recover nothing.

.

This action was *(check one)*:

☑  tried by a jury with Judge _____ David C. Norton, U.S. District Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

.

Date:    April 22, 2026 _____

*CLERK OF COURT*

s/Catina Caulder
Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*

**Print**    **Save As...**    **Reset**